1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8

9   ANNIE M. SCALES,                    )
                                        )        2:08-cv-00983-LRH-PAL
10                  Plaintiff,          )
                                        )        ORDER
11  vs.                                 )
                                        )
12  CHIEF JUDGE ROGER L. HUNT, et al.,  )
                                        )
13                  Defendants.          )
    _____)

14

15          The Court has considered the recommendation of U.S. Magistrate Judge Peggy A. Leen

16  (#4) entered on September 12, 2008, in which the Magistrate Judge recommends that the

17  Complaint (#5) be dismissed with prejudice because Defendants are immune from suit and

18  Plaintiff's Complaint fails to state a claim upon which relief can be granted.  The Court has

19  considered the pleadings and memoranda and other relevant matters of record and has made a

20  review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable

21  case law, and good cause appearing, the court hereby

22          ADOPTS AND ACCEPTS the recommendation of the U.S. Magistrate Judge (#4);

23  therefore, the Complaint (#5) is dismissed with prejudice for failure to state a claim upon which

24  relief can be granted .  The Clerk of the Court shall enter judgment accordingly.

25          IT IS SO ORDERED.

26          DATED this 9th day of December, 2008.

27                                                      _____
                                                        LARRY R. HICKS
28                                                      UNITED STATES DISTRICT JUDGE